IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| vs. | : | CRIMINAL NO. 12-155-01 |
| Patricia Fountain | : | |

## JUDGMENT OF ACQUITTAL/NOT GUILTY

AND NOW, this 13th day of March, 2013, came the attorney for the government and the defendant being present with counsel, and

☐ The Court having granted the defendant's motion for judgment of acquittal as to: _____

☐ A jury has been waived, and the Court has found the defendant not guilty as to: _____

☒ The jury has returned its verdict, finding the defendant not guilty as to: Counts 17,18,31,32,33 and 34

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(b), Federal Rules of Criminal Procedure.

BY THE COURT:

S/Stewart Dalzell
Stewart Dalzell, J.

cc: U.S. Marshal
    Probation Office
    Counsel

3/13/13
Date
By Whom  ea

Cr 1 (8/80)