

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL |
| v. | : **FILED** | |
| | : DEC 23 2016 | |
| PATRICIA FOUNTAIN | : LUCY V. CHIN, Interim Clerk | NO. 12-155 |
| LARRY ISHMAEL | By: _____ Dep. Clerk | |

## ORDER

AND NOW, this 23d day of DECEMBER, 2017, upon consideration of Defendants' Motions under 28 U.S.C. § 2255, the Government's Response, the other documents filed by the parties, and after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**;

2. The § 2255 Motions (Document Nos. 249, 251) are **DISMISSED AND DENIED**, without an evidentiary hearing; and

3. Defendants have neither shown denial of a federal constitutional right, nor established that reasonable jurists would disagree with this court's procedural disposition of their claims. Consequently, a certificate of appealability is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_Joel Slomsky_
JOEL H. SLOMSKY, J.