IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PATRICIA FOUNTAIN,<br><br>Defendant. | CRIMINAL ACTION<br>NO. 12-155 |

## ORDER

**AND NOW**, this 26th day of January 2021, upon consideration of Defendant Patricia Fountain's request for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 292) and the Government's Response (Doc. Nos. 293), it is **ORDERED** that Defendant's request for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 292) is **DENIED.**

BY THE COURT:

/s/ Joel H. Slomsky\_\_\_\_\_
JOEL H. SLOMSKY, J.