IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>PATRICIA FOUNTAIN,<br><br>                Defendant. | CRIMINAL ACTION<br>NO. 12-155 |

### ORDER

**AND NOW**, this 29th day of August 2023, upon consideration of Defendant's Motion for Compassionate Release (Doc. No. 319), and the Government's Response in Opposition (Doc. No. 320), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion (Doc. No. 319) is **DENIED.**

BY THE COURT:

/s/Joel H. Slomsky, J.
_____
JOEL H. SLOMSKY, J.