IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　v.<br><br>PATRICIA FOUNTAIN,<br><br>　　　　　Defendant. | CRIMINAL ACTION<br>NO. 12-155 |

## ORDER

**AND NOW**, this 7th day of November, 2024, upon consideration of Defendant's Motion for Compassionate Release (Doc. No. 344), the Government's Response in Opposition (Doc. No. 345), Defendant's Reply in Support of her Motion (Doc. No. 351), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion for Compassionate Release (Doc. No. 344) is **DENIED.**

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.